JEFFREY W. DEPRIEST,   CIVIL ACTION NO. 03-1058-A-M1

versus

RIVER WEST, L.P. D/B/A
RIVER WEST MEDICAL CENTER

*****************************************************

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT through undersigned counsel comes plaintiff, Jeffrey W. DePriest, who respectfully opposes Defendant's Motion for Summary Judgment as follows:

1.

Genuine issues of material fact exist precluding the grant of summary judgment herein. Illustrative of the existence of disputed material facts are the patent conflicts between Doug Arbour's sworn deposition testimony and his Affidavit offered by Defendant, as well as the numerous instances of conflicting testimony noted in brief.

2.

In opposition to Defendant's Motion, plaintiff incorporates herein by specific reference, all arguments contained in his Memorandum in Opposition to Defendant's Motion for Summary Judgment as if quoted herein entirely.

3.

Plaintiff files of record in these proceedings, the following evidence:

Exhibit A:   Deposition of Jeffery W. DePreist and Exhibit JD-13;

Exhibit B:   Exhibit JD-14, in globo;





Exhibit C: Call Back Logs, in globo;

Exhibit D: Pay Check Stubs, JD-22;

Exhibit E: Deposition of Dr. Scherer;

Exhibit F: Deposition of Shelly Stafford;

Exhibit G: Deposition of Doug Arbour:

Exhibit H: Jeffery DePriest's Affidavit with attachment;

4.

Plaintiff additionally files of record and incorporates herein by specific reference, Plaintiff's Opposition to Defendant's Statement of Material Facts.

5.

Plaintiff is entitled to and desires issuance of an Order herein denying, entirely, Defendant's Motion for Summary Judgment and awarding all such other relief to which plaintiff is entitled at law or in equity.

WHEREFORE, plaintiff, Jeffrey W. DePriest, prays after due proceedings are had that an Order issue herein denying Defendant's Motion for Summary Judgment entirely and, further awarding plaintiff all such other relief to which she is entitled at law or in equity.

Respectfully submitted,

BY: _____
Jill L. Craft, T.A., #20922
Attorney At Law, LLC
8702 Jefferson Hwy., Suite B
Baton Rouge, Louisiana 70809
(225) 928-5353

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that I have served a copy of the above and foregoing upon trial counsel of record hereto via First Class United States mail, properly addressed with sufficient postage affixed thereto on this \_\_\_4\_\_ day of November, 2004

Baton Rouge, Louisiana, this \_\_\_4\_\_ day of November, 2004.

_____